Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
rfolsen@mswdlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DON M. LINDQUIST,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE DEALER SERVICES, LLC<br><br>Defendant. | Cause No.: 2:24-cv-00073-KLD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Don Linquist, by counsel, and Defendant Endurance Dealer Services, LLC (Endurance), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Endurance should be dismissed, pursuant to F. R. Civ. P. 41(a)(2), with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

//
//

Date: 05/13/2025                              _____
                                              Robert Farris-Olsen, Esq.

                                              *Counsel for Plaintiff Don Lindquist*


Date: 05/13/2025                                      /s/ T. Thomas Singer
                                              T. Thomas Singer

                                              *Counsel for Endurance Dealer Services*